

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CYNTHIA BALEVRE, | Case No: CV12-05068 RJWL(PLAx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   1/2/2013

RONALD S.W. LEW
HONORABLE RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE